■ In the Matter of NICHOLAS D. MORSILLO. HOWARD A. LA ROSE et al., Respondents; KALMAN BACKER et al., Appellants.— Motion for stay granted to the extent of requiring $24,000 be deposited in court on condition that appellant

prepare appeal by August 10, 1962 and be ready for argument at the September 1962 Term. In lieu of deposit in court the parties may stipulate to deposit the sum in escrow. The remainder of the fund should be distributed in accordance with the judgment. Settle order on notice. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.